# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 14-2527

———————————————

Jaibrianne Lacey; Mary F. Lacey

*Plaintiffs - Appellants*

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: April 1, 2015
Filed: April 8, 2015
[Unpublished]

——————————

BYE, COLLOTON, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Jaibrianne Lacey and her mother, Mary F. Lacey, appeal the district court's[1] order affirming the denial of Jaibrianne's application for child's disability benefits, and also the denial of supplemental security income, as Jaibrianne turned 18 during administrative proceedings. Upon de novo review, see Bernard v. Colvin, 774 F.3d 482, 486 (8th Cir. 2014), we are satisfied that the Commissioner's decision is supported by substantial evidence on the record as a whole. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

—————————————————

[1]The Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).